UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 14cr10211 |
| | ) | |
| | ) | Violations: |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Distribute |
| JONATHAN J. McPHERSON, | ) | Oxycodone |
| | ) | |
| Defendant. | ) | 21 U.S.C. § 853 |
| | ) | Drug Asset Forfeiture |

### GOVERNMENT'S MOTION TO SEAL

Now comes the United States of America, by and through its undersigned attorney, and respectfully requests that all records in the above-captioned case be SEALED until the arrest of the defendant or until further order of this court, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Applicant further requests pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Linda M. Ricci
Assistant U.S. Attorney

Dated: July 17, 2014