## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>14-cr-102110-WGY</u>

### UNITED STATES
**Plaintiff**

v.

### JONATHAN J. McPHERSON
**Defendant**

## SCHEDULING ORDER

**YOUNG, D.J.**

An initial status conference in accordance with LR 116.5 was held on 9/11/2014.

Any substantive motions are to be filed by  2/23/2015.  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before 3/9/2015.  See LR 116.3(l).

A Final Pretrial Conference will be held on 3/16/2015 at 2:00 PM.

A joint memorandum in accordance with LR 116.5(C) is to be filed by 3/16/2015.

A tentative trial date has been set for April 13, 2015 at 9:00 AM.

The time between 7/17/2014 and 4/13/2015 is excluded with the agreement of the defendant in the interest of justice as stated on the record.

By the Court,

   /s/ Jennifer Gaudet
**Deputy Clerk**

**September 15, 2014**